UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80414-CIV-SMITH/REID

RADAMES VELAZQUEZ,

    Petitioner,

v.

MARK S. INCH,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of Magistrate Judge on Petition for Writ of *Habeas Corpus* [DE 18], in which the Magistrate Judge recommends that the Petition for Writ of *Habeas Corpus* be denied because Petitioner is not entitled to relief on the merits. Magistrate Judge Reid issued the Report and Recommendation on February 1, 2021. The deadline for Petitioner to file objections was February 16, 2021. (*See* DE 18.) On February 22, 2021, Petitioner filed a Motion for Extension of Time to File Response [DE 19], in which Petitioner requested an additional thirty (30) days to file objections. On that same day, the Court granted in part Petitioner's Motion and extended the deadline until March 23, 2021. (*See* DE 20.) Notwithstanding the extension of time, no objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Reid's Report and Recommendation, the record, and given that Petitioner did not object, it is

**ORDERED** that:

1.    The Report and Recommendation of Magistrate Judge on Petition for Writ of *Habeas Corpus* [DE 18] is **AFFIRMED** and **ADOPTED**.

2. Petitioner's Petition for Writ of Habeas Corpus is **DENIED**.

3. The case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 16th day of April, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Parties of record